McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



# SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>v.<br><br>NORMAN PERCY CHENOWITH,<br>            Defendant. | CASE NO. 1:07-MJ-185 WMW SMS<br><br>ORDER SEALING COMPLAINT,<br>AFFIDAVIT, AND ARREST WARRANT<br><br>**UNDER SEAL** |

    The United States having applied to this Court for an order permitting it to file its Complaint, Affidavit, and Arrest Warrant, together with the Government's Application to Seal, Memorandum of Law and accompanying Declaration of Kimberly A. Sanchez, under seal, and good cause appearing thereof,

    IT IS SO ORDERED, that the above-listed documents in the above-entitled proceedings, together with the Application of the United States Attorney and the accompanying Memorandum of Law and Declaration of Kimberly A. Sanchez, shall be filed with this Court under <u>seal</u> and shall not be disclosed pending further order of this court.

DATED: 8-10, 2007

HONORABLE William M. Wunderlich
U.S. Magistrate Court Judge

1