1 | McGREGOR W. SCOTT
United States Attorney
2 | KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
3 | 4000 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone:  (559) 497-4000
5 |
6 |
7 |

**FILED**

AUG 1 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

8 |        IN THE UNITED STATES DISTRICT COURT FOR THE

9 |              EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,      )    1:07-mj-00185 SMS
                                 )
12 |               Plaintiff,       )
                                 )
13 |        v.                     )    ORDER TO UNSEAL COMPLAINT
                                 )    AFFIDAVIT, AND ARREST WARRANT
14 | NORMAN PERCY CHENOWITH,        )
                                 )
15 |               Defendant.       )
                                 )
16 | _____)

17 |        The Complaint, Affidavit, and Arrest Warrant in this case

18 | having been sealed by Order of this Court and it appearing that it

19 | no longer need remain secret as the defendant has been arrested,

     it is hereby
20 |        **ORDERED** this _10th_ day of August, 2007, that the Complaint and

21 | accompanying documents be unsealed and made public record.

22 |

23 |

24 | DATED: AUGUST 10, 2007

25 |                              SANDRA  M.  SNYDER
                              U.S. MAGISTRATE JUDGE
26 |

27 |

28 |

                                 1