McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

**FILED**

AUG 1 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case NO. 1:07-cr-00207 LJO** |
| Plaintiff, | |
| v. | ORDER STAYING MAGISTRATE'S ORDER RELEASING DEFENDANTS ON BOND |
| NORMAN PERCY CHENOWITH, | PENDING HEARING ON THE GOVERNMENT'S MOTION FOR |
| Defendant. | REVOCATION HEARING, AND ORDER SETTING BRIEFING SCHEDULE |

Upon application of the United States Government for stay of the order of the magistrate

setting conditions of release for the above-named defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate's order setting conditions for release of the

above-named defendant, be stayed pending the disposition of the government's motion to revoke

such orders.

IT IS FURTHER ORDERED that the hearing on such motion be heard on **August**

**21**___, 2007 at **1:30p**.m.

Dated: August **16**, 2007

Honorable **Oliver W. Wanger**