IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　vs.<br>NORMAN PERCY CHENOWITH<br>　　　　　Defendant.<br>_____/ | CASE NO. CR F 07-0207 LJO<br><br>Order After In Camera Review of Interview Tape |

On December 7, 2007 , after a hearing regarding discovery requests made by the Defendant, the Court agreed to an in camera review of a videotape involving an interview of an alleged victim in the above-captioned matter, and AUSA Kimberly Sanchez agreed to provide the Court with that tape.

The Defendant, by way of Indictment, is charged with 18 counts of Abusive Sexual contact with children pursuant to 18 USC 2244(a)(5).

The purpose of the Court's review was to determine whether the taped interview contained material discoverable to the defense pursuant to the cases of Brady v Maryland 373 U.S. 83 (1963) or Giglio v U.S. 405 U.S. 150 (1972).

The Court both received and reviewed the tape on December 14, 2007.  The Court determines that there is no exculpatory evidence on the tape in question, and therefore, at this juncture, the tape need not be produced.

IT IS SO ORDERED.

**Dated:   December 18, 2007**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1