1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Suite 112
   Fresno, California 93720
3  Telephone (559) 449-9069
   Facsimile (559) 449-9016
4

5  Attorney for Defendant,
   NORMAN PERCY CHENOWITH
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )     CASE NO. 1:07-cr-00207-LJO
                                 )
12         Plaintiff,             )
                                 )     STIPULATION TO VACATE
13                               )     TRIAL DATE AND PROPOSE
   vs.                           )     NEW TRIAL DATE
14                               )
                                 )
15 NORMAN PERCY CHENOWITH,       )
                                 )
16         Defendant.             )
   _____)
17 _____)

18     IT IS HEREBY STIPULATED by and between the Defendant, NORMAN PERCY

19 CHENOWITH, his Attorney of record, CAROL ANN MOSES, and KIMBERLY A. SANCHEZ,

20 Assistant United States Attorney, that the Trial in the in the above-captioned matter currently

21 scheduled for July 7, 2008, at 1:30 p.m. be vacated to allow for further preparation and

22 investigation by counsel for the defense and the prosecution.  Counsel propose Trial

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                          1
STIPULATION TO VACATE  TRIAL DATE AND PROPOSE NEW TRIAL DATE AND ORDER THEREON

1  Confirmation and Motions in Limine filing on November 7, 2008 at 9:00 a.m. and that the Trial
2  commence December 1, 2008 at 1:30 p.m. and continue each day until completed.
3  Dated: June 18, 2008

4                                                        By: /s/ Carol Ann Moses
                                                             CAROL ANN MOSES
5                                                            Attorney for Defendant
                                                             NORMAN PERCY CHENOWITH
6

7  Dated: June 18, 2008                                  By: /s/ Kimberly A. Sanchez
                                                             KIMBERLY A. SANCHEZ
8                                                            Assistant United States Attorney

9

10                                   * * * ORDER * * *

11      The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

12      1.    The Trial scheduled for Defendant, NORMAN PERCY CHENOWITH, on
13            July 7, 2008, shall be vacated and the matter will be set with a new Trial
14            Confirmation and Motions in Limine filing on November 7, 2008 at 9:00 a.m. and
15            the Trial shall commence on December 1, 2008 at 1:30 p.m.

16  IT IS SO ORDERED.

17  **Dated:   June 18, 2008**                           /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE
18
19
20
21
22
23
24
25
26
27
28