**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Ste. 112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016


Attorney for Defendant,
NORMAN PERCY CHENOWITH


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:07-cr-00207-LJO |
| Plaintiff, | APPLICATION FOR ORDER EXONERATING PROPERTY BOND; |
| vs. | DECLARATION OF COUNSEL; AND ORDER THEREON |
| NORMAN CHENOWITH, | |
| Defendant. | Honorable Lawrence J. O'Neill |

  Defendant Norman Percy Chenowith, through counsel Carol Ann Moses, hereby moves the court for an order exonerating bond and for reconveyance of real property in the above-captioned case.

  On August 10, 2007, defendant Norman Chenowith was arrested and charged by indictment with eighteen counts of abusive sexual contact with a minor, allegedly occurring between 1995 and 1999. Mr. Chenowith made an initial appearance for arraignment on August 13, 2007. Mr. Chenowith was allowed release on a $200,000 Property Bond and pre-trial release conditions. On September 6, 2007, Deed of Trust #2007034026 Bond was posted, and the certified copy of the recorded Deed of Trust and original signed promissory note were delivered to the court on September 13, 2007.

///

On December 22, 2008, defendant Chenowith pled guilty to Count 5 of the Indictment and was immediately remanded into custody. Sentencing is set for February 27, 2009.

It is respectfully requested that bond be exonerated and title to the real property reconveyed.

Dated: December 22, 2008

                                        Respectfully submitted,

/s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant
NORMAN PERCY CHENOWITH

### DECLARATION OF CAROL ANN MOSES

I, Carol Ann Moses, declare as follows:

1. I am the attorney for Mr. Norman Percy Chenowith. I have represented him since August 10, 2007.

2. On September 18, 2007, Defendant Chenowith was released on a $200,000 property bond on property owned by his son and daughter-in-law, Kim Harlan Chenowith and Michele Chenowith, whose property is located at 40720 Hwy 49, Oakhurst, County of Madera, California 93644. On September 13, 2007, Deed of Trust # 2007034026, was delivered to the court.

3. On December 22, 2008, Defendant pled guilty to Count 5 of the Indictment and was immediately remanded into custody.

4. Sentencing is set for February 27, 2009.

///

///

///

///

1     I declare under penalty of perjury that the foregoing is true and correct.  This declaration

2 is executed on December 22, 2008, at Fresno, California.

                                                /s/ Carol Ann Moses
                                                CAROL ANN MOSES

## **O R D E R**

The bond in the above-captioned case is to be exonerated and title to the real property securing said bond be reconveyed to Kim Harlan Chenowith and Michele Chenowith, 40720 Hwy 49, Oakhurst, California, 93644.

IT IS SO ORDERED.

**Dated:   December 23, 2008**             /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE