LAWRENCE G. BROWN
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:07-cr-00207 LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | FOR CONTINUANCE OF |
| v. ) | SENTENCING (AMENDED) |
| ) | |
| NORMAN CHENOWITH, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED by and between Lawrence G. Brown, Acting United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Carol Moses, attorney for defendant, that the sentencing hearing currently set for February 27, 2009 be continued to April 17, 2009 at 8:30 a.m.  Undersigned counsel will be going on maternity leave between February 2 and 10, 2009, and would like to return for a special appearance to handle the above-captioned matter.  Undersigned counsel will not be available on February 27, 2009, as she will be on medical leave for at least 6 weeks after her delivery.  Undersigned counsel spoke with defendant's attorney who consulted with the defendant and they have no objection to continuing the sentencing until

April 17, 2009.  Thus, the parties request that the Court grant their request to continue the sentencing hearing until April 17, 2009 at 8:30 a.m.[1]

Dated: January 8, 2009          Respectfully submitted,

                                LAWRENCE G. BROWN
                                Acting United States Attorney

                           By   /s/ Kimberly A. Sanchez
                                KIMBERLY A. SANCHEZ
                                Assistant U.S. Attorney

Dated: January 8, 2009          /s/ Carol Moses
                                CAROL MOSES
                                Attorney for Defendant

There is good cause to grant the continuance.  This is an unusual case, and the Court believes that Counsel are correct (i.e. that there may well be evidence presented at the sentencing).  The sentencing is therefore continued to April 17, 2009 at 1:30 p.m.

**IT IS SO ORDERED.**

**Dated:   January 8, 2009**              /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

---

[1] The parties wish to inform the Court that there may be evidence presented at the sentencing hearing in the event that the Court would like to schedule the matter at a different time than the regularly scheduled calendar. The time for the evidence is unknown as it is dependent upon the findings and recommendations in the presentence report and whether the parties have objections thereto.