| | |
|---|---|
| 1 | LAWRENCE G. BROWN |
| | Acting United States Attorney |
| 2 | KIMBERLY A. SANCHEZ |
| | Assistant U.S. Attorney |
| 3 | 4401 Federal Building |
| | 2500 Tulare Street |
| 4 | Fresno, CA  93721 |
| | Telephone: (559) 497-4000 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:07-cr-207 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER FOR EXTENSION OF TIME |
| v. | ) | TO FILE INFORMAL/FORMAL |
| | ) | OBJECTIONS TO PRESENTENCE |
| NORMAN CHENOWITH, | ) | REPORT |
| | ) | |
| Defendant. | ) | |

Due to the medical condition of Assistant U.S. Attorney, Kimberly A. Sanchez' infant son, necessitating that Ms. Sanchez devote all her time to the care of her very ill son;

IT IS HEREBY STIPULATED by and between Lawrence G. Brown, Acting United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney, Carol Ann Moses, attorney for defendant and Leighann Milford, U.S. Probation Officer, that the due date for the Informal Objections to the Presentence report be due to Probation on Thursday, April 2, 2009; that the Presentence Report be due to the court on Wednesday, April 8, and the formal objections be due the Court and counsel on April 10, 2009.  There

is no request to move the sentencing hearing date currently scheduled for April 17, 2009 at 8:30 am.

Dated: March 26, 2009                    Respectfully submitted,

                                         LAWRENCE G. BROWN
                                         Acting United States Attorney

                                    By   /s/ Kimberly A. Sanchez
                                         KIMBERLY A. SANCHEZ
                                         Assistant U.S. Attorney

Dated: March 26, 2009                     /s/ Carol Ann Moses
                                         CAROL ANN MOSES
                                         Attorney for Defendant
                                         NORMAN CHENOWITH

GOOD CAUSE EXISTS TO AMEND THE DATES AS REQUESTED.

IT IS SO ORDERED.

**Dated:   March 27, 2009**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE