IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 07-0207 LJO |
| Plaintiff, | COURT'S RESPONSE TO PETITIONER WHITNEY KITTLE'S APPLICATION TO UNSEAL DOCUMENTS, TO AMEND THE PROTECTIVE ORDER AND FOR AN ORDER OF PRODUCTION |
| vs. | |
| NORMAN PERCY CHINOWETH, | |
| Defendant. / | |

This Court has reviewed petitioner Kittle's requests in the documents received by this Court's clerk on March 28, 2011. This Court has reviewed the SEALED portions of this criminal action. The only sealed matters address motions in limine filed in December 2008 (docket document nos. 49-52). The substantive portions of the SEALED documents are investigative agency reports (Department of the Interior-National Park Service-Investigative Services Branch, Madera County Sheriff's Office, and the F.B.I.).

The investigative reports should be subpoenaed from the agencies directly so that they may either be produced or the requests appropriately responded to by the agencies. The jurisdiction for this discovery is to be found in the State Superior Court action.

The requests are DENIED.

The clerk is directed to: (1) serve this order on petitioner Kittle's counsel Thomas Campagne; and (2) serve copies of this order and petitioner Kittle's papers on Assistant U.S. Attorney Kimberly

1  Sanchez and defense counsel Carol Moses.

4      IT IS SO ORDERED.

5  **Dated:    March 29, 2011**                    **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE