1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Ste. 112
   Fresno, California 93720
3  Telephone: (559) 449-9069
   Facsimile: (559) 449-9016
4

5  Attorney for Defendant,
   NORMAN PERCY CHENOWITH
6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   CASE NO. 1:07-cr-00207-LJO
                                  )
12             Plaintiff,         )   STIPULATION REGARDING
                                  )   DISCLOSURE OF DISCOVERY
13 vs.                            )   MATERIALS;  ORDER
                                  )   THEREON
14 NORMAN PERCY CHENOWITH,        )
                                  )
15             Defendant.         )
                                  )
16 _____)

17

18      **IT IS HEREBY STIPULATED** by and between the parties herein that disclosure by

19 Defense Counsel Carol Moses of the pre-indictment discovery materials related to the criminal

20 matter, UNITED STATES OF AMERICA v NORMAN PERCY CHENOWITH, provided by the

21 United States Attorney's Office shall be limited to the defendant, the staff of the Law Office of

22 Carol Ann Moses, and any experts retained by the defense team.

23      The discovery materials covered by this stipulated order are documents Bates stamped

24 numbers 1 through 144. which were provided to defense counsel on August 23, 2007 and

25 ///

26 ///

27 ///

28 ///

STIPULATION REGARDING DISCLOSURE
OF DISCOVERY MATERIALS; [PROPOSED]
ORDER THEREON                              1

1
2  June 10, 2008, by the United States Attorney's Office.  The discovery materials provided to
3  defense counsel include pre-indictment discovery, all agency reports, documents, and summaries
4  belonging to the National Park Service, FBI and County of Madera, such discovery is provided to
5  defense counsel with the understanding it will not be copied or used for purposes other than the
6  preparation of the defense in this case.
7
8  Dated: May 26, 2011                              /s/ Carol Ann Moses
                                                    CAROL ANN MOSES
9                                                   Attorney for Defendant
                                                    NORMAN PERCY CHENOWITH
10
11                                                  BENJAMIN B. WAGNER
                                                    United States Attorney
12
13  DATED: June 1, 2011                             /s/ Kimberly A. Sanchez
                                                    KIMBERLY A. SANCHEZ
14                                                  Assistant United States Attorney
                                                    Attorney for Plaintiff
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

1. All discovery materials provided by the United States Attorney's Office in the matter of *United States of America v. Norman Percy Chenowith*, Bates stamped numbers 1 though 144 shall be limited to the defendant, the staff of the Law Office of Carol Moses, and any experts retained by the defense team.

This Order of the Court would be the same with or without the stipulation. IT IS SO ORDERED.

**Dated:   June 2, 2011**                     /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE