

```
                                                IN THE UNITED STATES DISTRICT COURT FOR THE

                                                        EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,            )
                                     )
        Plaintiff,                   )    No. 1:07-CR-00207
                                     )
   vs.                               )    ORDER OF RELEASE
                                     )
NORMAN PERCY CHENOWITH               )
                                     )
        Defendant.                   )
                                     )
```

The above named defendant having been sentenced to Time Served on October 7, 2011.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: October 7, 2011                    _____
                                          HONORABLE LAWRENCE J. O'NEILL
                                          U.S. DISTRICT JUDGE

1